IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILEY MCGEE, #248056, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:07cv181-WHA |
| | ) |
| PRISON HEALTH SERVICES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Plaintiff's Application for Temporary Restraining Order and/or Preliminary Injunction (Doc. #2), it is hereby ORDERED as follows:

1. The request for temporary restraining order is DENIED.

2. The request for preliminary injunction is referred to the Magistrate Judge for report and recommendation.

DONE this 1st day of March, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE