IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | |
|---|---|
| WILEY E. McGEE #248056 ) | |
| Plaintiff ) | |
| ) | |
| v. ) | 2:07-CV-181 |
| ) | |
| PRISON HEALTH SERVICES, INC ) | |
| Defendants. ) | |

MOTION TO DISMISS WITHOUT

PREJUDICE

Pursuant to Rule 41(A) Fed. R. Civ. P., plaintiff gives written notice to dismiss this action without prejudice. American Cyanamid Co., v. McGhee, 317 F.2d 295, 297 (5th Cir. 1963).

Done this 10th day March 2007.

_W.E. McGee._

Wylie McGee 248056
P.O. Box 150
Mt. Meigs, AL 36057

2:07CV181-WHA

Wylie McBee 248056
P.O. Box 150
Mt. Meigs, AL 36057

36101+0711

Office of the Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101

MONTGOMERY AL 361
12 MAR 2007 PM 2 T

