IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WYLIE E. MCGEE, #248056 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:07-CV-181-WHA |
| | ) | WO |
| PRISON HEALTH SERVICES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on March 2, 2007 (Doc. #6), and upon an independent review of the file in this case, said Recommendation is hereby adopted, and it is the ORDER of this court that

1. Plaintiff's Motion for Preliminary Injunction (Doc. #2) be DENIED; and

2. This case be referred back to the Magistrate Judge for additional proceedings.

Done this 20th day of March, 2007.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE