IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WYLIE E. MCGEE, #248056 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:07-CV-181-WHA |
| | ) WO |
| PRISON HEALTH SERVICES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on March 19, 2007 (Doc. #8), and upon an independent review of the file in this case, said Recommendation is hereby adopted, and it is the ORDER of this court that

1. Plaintiff's Motion to Dismiss is GRANTED; and

2. This case be DISMISSED without prejudice.

Done this 5th day of April, 2007.

/s/ W. Harold Albritton
UNITED STATES DISTRICT JUDGE