IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WYLIE E. MCGEE, #248056 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:07-CV-181-WHA |
| | ) WO |
| PRISON HEALTH SERVICES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that this case is DISMISSED without prejudice.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 5th day of April, 2007.

/s/ W. Harold Albritton
UNITED STATES DISTRICT JUDGE